IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DLM

FORM TO BE USED BY FEDERAL PRISONERS IN FILING A PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

RALPH QUINONES
#05346-070
PETITIONER,
USP-Allenwood - P.O. Box 3000
WHITE DEER, PA 17887
(ADDRESS OR PLACE OF CONFINEMENT ~~AND PRISON NUMBER. FULL NAME which~~ YOU WERE convicted under)

CASE NO. 06-136T

VS.

JONATHAN C. MINER, WARDEN
USP-Allenwood
P.O. Box 3500
White DEER, PA 17887
(NAME OF WARDEN OR OTHER AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER.)

PLEASE COMPLETE THE FOLLOWING (CHECK Appropriate NUMBER)
This PETITION CONCERNS:

1. A. ______ A CONVICTION
B. ______ A SENTENCE
C. ______ JAIL OR PRISON DISCIPLINE
D. XXXXXXXXX JAIL OR PRISON CONDITIONS
E. ______ A PAROLE Problem
F. ______ OTHER

2. PLACE OF DETENTION UNITED STATES PENITENTIARY ALLENWOOD

3. NAME AND LOCATION OF COURT WHICH IMPOSED SENTENCE U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

4. THE INDICTMENT NUMBER OR NUMBERS (IF KNOWN) UPON WHICH, AND the OFFENSE OR OFFENSES FOR WHICH, SENTENCE WAS IMPOSED

(A) CASE # CR-03-78T Felon in Possession of a FireArm

(B) N/A

(C) N/A

5. THE DATE UPON WHICH SENTENCE WAS IMPOSED AND THE TERMS OF THE SENTENCE.

(A) APRIL 2, 2004 - 51 MONTH SENTENCE

(B) N/A

(C) N/A

6. CHECK whether A Finding of GUILTY WAS MADE:

(A) AFTER A PLEA OF GUILTY XXXXXXXXXXXXXX

(B) AFTER A PLEA OF NOT GUILTY N/A

(C) AFTER A PLEA OF NOLO CONTENDRE N/A

7. IF YOU WERE FOUND GUILTY AFTER A PLEA OF NOT GUILTY, CHECK WHETHER that FINDING WAS MADE BY:

(A) A JURY N/A

(B) A Judge N/A

8. DID you APPEAL From the Judgement of conviction OR The imposition of Sentence

( ) YES ( X ) NO

9. IF YOU APPEALED, GIVE THE Following information for each APPEAL:

A. (1) NAME OF COURT N/A

(2) RESULT N/A

(3) DATE OF RESULT N/A

(4) CITATION OR NUMBER OF OPINION N/A

(5) Grounds RAised (List Each)

(A) N/A

(B) N/A

(C) N/A

B. (1) NAME Of COURT N/A

(2) RESULT N/A

(3) DATE Of RESULT N/A

(4) CITATION OR NUMBER OF OPINION N/A

(5) Grounds RAISED (LIST EACH) N/A

(A) N/A

(B) N/A

(C) N/A

CAUTION: IF YOU ARE ATTACKING A SENTENCE IMPOSED UNDER A FEDERAL Judgement, YOU MUST FILE FIRST A DIRECT APPEAL OR MOTION UNDER 28 U.S.C. § 2255 in The FEDERAL COURT WHICH ENTERED THE Judgement.

10. STATE concisely every ground on which you claim that you have or are being held unlawfully. summarize briefly the Facts Supporting each ground. If necessary, attach a single Page only behind this page.

Caution: IF YOU Fail to Set forth all grounds in this petition, you may be barred From Presenting ADDITIONAL GROUNDS ON A LATER DATE

10. CONTINUED

A. Ground ONE INABILITY TO SERVE SENTENCE AS DIRECTED BY US. DISTRICT Judge.

SUPPORTING FACTS (TELL YOUR STORY Briefly without citing cases or law.)

CAUTION: YOU MUST STATE FACTS NOT CONCLUSIONS IN SUPPORT OF your grounds. A rule of thumb to follow is - who did exactly what to violate your rights at what time or place.

ON APRIL 2, 2004 I WAS SENTENCED IN U.S. District COURT For the (middLE, EAStern, western) District of Rhode Island to a Term of 51 months and also ORDERED By the Judge to Complete Drug and alcohol abuse treatment and mental and Psychological treatment to address problems that have resulted since childhood. These Problem were and are the bases of me being in prison today and as such addressing them is vital to the

(CONT) →

B. Ground Two INABILITY TO PROGRAM AS DIRECTIVE OF BUREAU OF PRISONS STATES

Supporting Facts (tell your Story Briefly without citing cases or law)

The BUREAU OF PRISONS STATES THAT EVERY INMATE HAS The Right to Rehabilitate himself through programs that are available to the General Population, By Denying my Right to program by housing me in Shu (hole) indefinitely I am unable to rehabilitate myself through Such programs

Rehabilitation of mySELF. I technically began my Federal Sentence in Feb 9, 2005 and I have been assigned (Designated) to USP-Allenwood During my stay here, is the reason for this motion.
I was placed in the "Hole" (shu) on Dec 5, 2005 after being in general population a very short time. The reasoning for being in the Hole is on Dec 5, 2005 I voluntarily placed myself in the "Hole" to avoid any conflict with certain Gang members who wanted to harm me. there was an incident where these gang members jumped someone and they were upset I didnot help them. They wanted to exact some revenge. Instead of turning to violence I took myself out of the problem and went to the hole. Since then the Staff has said I cannot, willnot be transferred until atleast June 2007, well my release date via G.C.Time is 10-21-2008, so barring intervention I am not going to be able to complete the directives from the Federal Judge in my case for (drug, alcohol, mental health) treatment. By the BOP denying me access to the compound and also not transferring me is denying me the ability to rehabilitate myself and as such is causing me irreparable harm. I have a legitimate problem on this compound and if the BOP will not transfer me then I need the court to intervene and address this matter.
There is paperwork by way of an investigation(?) done here so the court may at its discretion obtain that to verify anything necessary to substantiate my claim if need be.
I am asking for a hearing as soon as possible as my right to rehabilitate myself is suffering

Thank you.

10 CONTINUED

C. Ground Three Denial of Due process.

Supporting FACTS (Tell your story Briefly without citing cases or law)
By Keeping me in Shu (hole) with no Process to be able to be released/transferred I am in a Limbo and as such my Right to be able to appeal/rectify this matter is NOT available. I am told you can be put in in June 07 there is no "guarantee" at that time they won't say "your to Short to transfer you will max out here".

D. Ground Four Thorough Investigation could not have been completed.

Supporting FActs (tell your story Briefly without citing cases or law)
Had a thorough investigation been done then it would be obvious to all I cannot be placed on this (allenwood) compound and thus a transfer is warranted, instead it is the petitioners believe Someone in SIS WENT to the other party and they said "no" we don't have a problem with him, thus my Limbo arrised.

11. Have you filed previous petitions for habeas corpus, motions under Section 2255 of title 28 United States Code, or any other applications, Petitions, or motions with respect to this conviction

( ) YES (X) NO

12. If your answer to question number 11 was "yes" give the following information: A. (1) name of court N/A

(2) nature of proceeding N/A

(3) Grounds raised N/A

(4) Result N/A

(5) Date of Result N/A

(6) Citation or number of any written opinion or order entered pursuant to each such disposition N/A

B. (1) name of court N/A

(2) nature of proceeding N/A

(3) Grounds raised N/A

(4) result N/A

(5) Date of Result N/A

(6) Citation or Number of any written opinion or order entered pursuant to each such disposition N/A

13. If you did not file a motion under Section 2255 of Title 28 United States Code, or if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention AT THE TIME of my SENTENCING I FELT THE SENTENCE WAS ADEQUATE FOR MY CRIME, THE PURPOSE OF this MOTION is I CAN'T SERVE THIS SENTENCE WITH CONDITIONS THAT MAKE IT IMPOSSIBLE TO DO AS THE Judge DIRECTED. THE SENTENCE IS NOT IN QUESTION SERVING the SENTENCE IS!

14. Are you presently represented by counsel? ( ) yes (X) no
If so please give name, address, and telephone number N/A

Case name and court N/A

15. If you are seeking leave to proceed in forma pauperis, have you completed the Declaration setting forth the required information:

( X ) YES ( ) NO

Wherefore petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

Signed on this 19th day of March, 06

Ralph Quinones
Petitioner

# DECLARATION

I, RALPH QUINONES DECLARE under penalty of perjury that I have read and subscribe to the above and state that the information contained therein is true and correct to the best of my knowledge.

EXECUTED March 19 AT USP-Allenwood
(DATE) (PLACE)

Ralph Quinones
(Signature of PETITIONER)