# MOTION TO PROCEED IN FORMA PAUPERIS

CA 06-136 T

The petitioner comes before the court stating the following:

(1) The petitioner is presently in the Hole and has NO ACCESS to the proper FORM to proceed IN Forma PAUPERIS And prays the court TO ACCEPT this PRO-SE MOTION IN ITS PLACE

(2) The petitioner DOES NOT OWN Any REAL Estate, Stocks, Bonds, Checking Accounts, SAVINGS ACCOUNTS.

(3) The petitioner is Enclosing a copy of his Commissary BALANCE for the last 9 months.

(4) The petitioner is not in a Financial Situation to proceed by way of PAYING to establish the course of this proceeding

The petitioner at this time asks the court to please review the document sent and to allow the petitioner to proceed In forma PAUPERIS

Signed this day March 19, 06

Ralph L Quinones

petitioner.