UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

RALPH QUINONES

v. CA No. 06-136-T

JONATHAN C. MINER,
Warden, USP Allenwood

**ORDER OF REFERRAL TO MAGISTRATE JUDGE**

It is hereby ORDERED that this matter is referred to a magistrate judge for:

1. Determination of the plaintiff's motion to proceed in forma pauperis and/or

2. A Report and Recommendation as to whether this case should be dismissed or transferred to the United States District for the Middle District of Pennsylvania on the ground that it is a civil action against a warden at Allenwood USP where the plaintiff is incarcerated.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: 4/6/06 , 2006