UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND


RALPH QUINONES

       v.               CA No. 06-136-T

JONATHAN C. MINER,
Warden, USP Allenwood


### ORDER DISMISSING HABEAS CORPUS PETITION AND DENYING MOTION TO PROCEED IN FORMA PAUPERIS

    Ralph Quinones' petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 is hereby dismissed and his motion to proceed in forma pauperis is hereby denied.


                            By Order

                            _____
                            Deputy Clerk

ENTER:

_____
Ernest C. Torres
Chief Judge

Date: 5/17 , 2006