UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

RALPH QUINONES

v. CA No. 06-136-T

JONATHAN C. MINER,
Warden, USP Allenwood

**ORDER DISMISSING HABEAS CORPUS PETITION AND DENYING MOTION TO PROCEED IN FORMA PAUPERIS**

Ralph Quinones' petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 is hereby dismissed and his motion to proceed in forma pauperis is hereby denied.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: 5/17 , 2006